635 A.2d 1028

## In re APPOINTMENT TO DISCIPLINARY BOARD.

### No. 165 Disciplinary Board Appointment Docket.

Supreme Court of Pennsylvania.

Dec. 9, 1993.

### ORDER

PER CURIAM:

AND NOW, this 9th day of December, 1993, Carolyn Wray Rudnitsky,* Snyder County, is hereby appointed as a member of the Disciplinary Board for a term of three years commencing December 15, 1993.